UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 08-164 |
| BARBARA SIMMONS DOWL | SECTION: R |

**ORDER AND REASONS**

Before the Court is petitioner Barbara Dowl's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.[1] Dowl also moves for the appointment of counsel and for release from custody.[2]

Dowl filed her first Section 2255 petition on October 14, 2010,[3] which the Court denied on March 24, 2011.[4] A district court cannot exercise jurisdiction over a second or successive Section 2255 petition without authorization from the court of appeals. *See* 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Because Dowl has not complied with this requirement, the Court lacks jurisdiction.

---

[1] R. Doc. 176.

[2] R. Doc. 177.

[3] R. Doc. 130.

[4] R. Doc. 141.

Accordingly, the Court DENIES Dowl's motion to vacate. Dowl's motion for appointment of counsel and motion for release are likewise DENIED as moot.

New Orleans, Louisiana, this <u>12th</u> day of April, 2012.

                        _____
                                SARAH S. VANCE
                         UNITED STATES DISTRICT JUDGE